# In the United States District Court
# For the Southern District Of Georgia
# Waycross Division

| | | |
|---|---|---|
| JUAN FERNANDO MORA-GONZALEZ, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:14-cv-100 |
| | * | |
| v. | * | |
| | * | |
| WARDEN TRACY JOHNS, | * | |
| | * | |
| Respondent. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 16. Petitioner Juan Fernando Mora-Gonzalez ("Mora-Gonzalez") failed to file any Objections to the Magistrate Judge's Report and Recommendation.

Accordingly, Mora-Gonzalez's Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241, is **DISMISSED**. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case. The Court **DENIES** Stewart leave to proceed *in forma pauperis* on appeal.

SO ORDERED, this _____ day of _____, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)